MAYER BROWN LLP
JOHN ZAIMES (SBN 91933)
*jzaimes@mayerbrown.com*
RUTH ZADIKANY (SBN 260288)
*rzadikany@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, California  90071-1503
Telephone: (213) 229-9500
Facsimile:  (213) 625-0248

Attorneys for Defendant
LYFT, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NOKCHAN, on behalf of himself and all others similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>LYFT, INC., a Delaware corporation; and DOES 1 to 100, inclusive,<br><br>            Defendants. | Case No. 3:15-CV-03008-JCS<br><br>**STIPULATION TO EXTEND DEFENDANT LYFT, INC.'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Hon. Joseph C. Spero<br><br>Complaint filed:  June 29, 2015 |

1  Pursuant to Civil Local Rule 6-1(a), Plaintiff Michael Nokchan ("Nokchan") and
2  Defendant Lyft, Inc. ("Lyft"), by and through their respective counsel of record, hereby stipulate
3  and agree as follows:

4  WHEREAS, Nokchan filed his putative class action Complaint in this Court on or about
5  June 29, 2015;

6  WHEREAS, Nokchan served the Complaint on Lyft on July 6, 2015;

7  WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a), Lyft currently has through
8  and including July 27, 2015 to answer or otherwise respond to Nokchan's Complaint;

9  WHEREAS, Lyft has requested, and Nokchan has consented, to extend the time in which
10 Lyft can answer or otherwise respond to Nokchan's Complaint by an additional 30 days, through
11 and including August 26, 2015;

12 WHEREAS, an additional 30 days for Lyft to answer or otherwise respond to the
13 Complaint will not alter the date for any event or deadline already fixed by Court order;

14 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
15 through their respective counsel of record, that Lyft shall answer or otherwise respond to
16 Nokchan's Complaint by August 26, 2015.

17 Pursuant to General Order No. 45, I, John P. Zaimes, attest that I obtained concurrence in
18 the filing of this document from the signatories.

19 Dated: July 22, 2015                    SETAREH LAW GROUP
                                            SHAUN SETAREH
20                                          TUVIA KOROBKIN
21

22                                          By: *s/ Shaun Setareh*
                                                Shaun Setareh
23
                                            Attorneys for Plaintiff
24                                          MICHAEL NOKCHAN, on behalf of himself
                                            and all others similarly situated
25
26
27
28

Dated: July 22, 2015

MAYER BROWN LLP
JOHN P. ZAIMES
RUTH ZADIKANY

By: *s/ John P. Zaimes*
        John P. Zaimes

Attorneys for Defendant
LYFT, INC.

Dated: 7/23/15

**IT IS SO ORDERED**

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA