1  MAYER BROWN LLP
   JOHN ZAIMES (SBN 91933)
2   *jzaimes@mayerbrown.com*
   RUTH ZADIKANY (SBN 260288)
3   *rzadikany@mayerbrown.com*
   350 South Grand Avenue, 25th Floor
4  Los Angeles, California  90071-1503
   Telephone: (213) 229-9500
5  Facsimile:  (213) 625-0248
6
7  MAYER BROWN LLP
   Archis A. Parasharami (DC Bar No. 477493)
8  (admitted *pro hac vice*)
    *aparasharami@mayerbrown.com*
9  1999 K Street NW
   Washington, DC 20006
10 Telephone: (202) 263-3000
11 Facsimile: (202) 263-3300

12 Attorneys for Defendant
   LYFT, INC.
13

14              **UNITED STATES DISTRICT COURT**

15              **NORTHERN DISTRICT OF CALIFORNIA**

16

17 MICHAEL NOKCHAN, on behalf of himself        Case No. 3:15-cv-03008-JCS
   and all others similarly situated,
18                                              **DECLARATION OF DANIEL JONES
              Plaintiff,                        IN SUPPORT OF LYFT, INC.'S
19                                              NOTICE OF MOTION AND MOTION
        v.                                      TO DISMISS OR STAY ACTION**
20
   LYFT, INC.,                                  Date:     Friday, October 2, 2015
21                                              Time:     9:30 a.m.
              Defendant.                        Courtroom: G, 15th Floor
22

23                                              Honorable Joseph C. Spero

24                                              [Notice of Motion and Motion to Dismiss or
                                                Stay Action, Memorandum of Points and
25                                              Authorities In Support Thereof, and
                                                [Proposed] Order Filed Concurrently
26                                              Herewith]

27

28

I, Daniel Jones, hereby declare as follows:

1. I am an attorney at the law firm of Mayer Brown LLP and am one of the counsel for Defendant Lyft, Inc. ("Lyft") in this action. I make this declaration in support of Lyft's Motion to Dismiss or Stay Action. I have personal knowledge of the matters set forth herein, and could and would competently testify thereto if called as a witness.

2. Attached hereto as Exhibit A is a true and correct copy of Docket Number 119, the Court's Order Staying *Miller v. Trans Union LLC*, No. 12-cv-1715 (M.D. Pa. Aug. 3, 2015).

3. Attached hereto as Exhibit B is a true and correct copy of Docket Number 31, the Court's Order Staying *Provo v. Rady Children's Hosp.*, No. 15-cv-81 (S.D. Cal. July 29, 2015).

4. Attached hereto as Exhibit C is a true and correct copy of Docket Number 45, the Court's Order Staying *Flores v. Collection Consultants of Cal.*, No. 14-cv-771 (C.D. Cal. July 27, 2015).

5. Attached hereto as Exhibit D is a true and correct copy of Docket Number 59, the Court's Order Staying *Kirchner v. Shred-It USA, Inc.*, No. 14-cv-1437 (E.D. Cal. June 18, 2015).

6. Attached hereto as Exhibit E is a true and correct copy of Docket Number 462, the Court's Order Staying *In re Monitronics Int'l, Inc. Telephone Consumer Protection Act Litig.*, No. 1:13-md-2493 (N.D. W.Va. June 17, 2015).

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on the 26th day of August, 2015, at Washington, D.C.

/s/ *Daniel Jones*
Daniel Jones

| | |
|---|---|
| 1 | **FILER'S ATTESTATION** |

Pursuant to Local Rule 5-1(i), I, John P. Zaimes, attest that I obtained concurrence in the filing of this document from Daniel Jones.

Dated: August 26, 2015                    MAYER BROWN LLP


By: /s/ *John P. Zaimes*
John P. Zaimes

Attorneys for Defendant,
LYFT, INC.