SHAUN SETAREH (SBN 204514)
shaun@setarehlaw.com
THOMAS SEGAL (SBN 222791)
thomas@setarehlaw.com
**SETAREH LAW GROUP**
9454 Wilshire Boulevard, Suite 907
Beverly Hills, California 90212
Telephone: (310) 888-7771
Facsimile: (310) 888-0109

Attorneys for Plaintiff,
MICHAEL NOKCHAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NOKCHAN, on behalf of himself, all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LYFT, INC., a Delaware corporation; and DOES 1 to 100, Inclusive<br><br>Defendants. | Case No.: 3:15-cv-03008-JCS<br><br>**NOTICE OF NEW AUTHORITY RE MOTION TO DISMISS**<br><br>**_Hearing Information_**<br>Date:         September 30, 2016<br>Time:         9:30 a.m.<br>Courtroom:  G (15th Floor)<br>Judge:        Hon. Joseph C. Spero |

Plaintiff hereby notifies this Court of the Order Granting in Part and Denying in Part Defendant's Motion to Dismiss Based on Lack of Standing ("Order") in *Matera v. Google Inc.*, U.S. District Court Northern District Case No. 15-CV-04062-LHK. Dkt. No. 54. The Order discusses the U.S. Supreme Court's holding in *Spokeo Inc. v. Robins* on pages 14 through 24 and holds that a violation of Plaintiff's statutory rights constitutes concrete injury in fact.

A true and correct copy of the Order is attached hereto as Exhibit A.

Dated: September 27, 2016         Respectfully submitted,

                                  SETAREH LAW GROUP

                                  By    /s/ Shaun Setareh
                                  SHAUN SETAREH,
                                  Attorney for Plaintiff,
                                  MICHAEL NOKCHAN, on behalf of
                                  himself, and all others similarly situated